Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'09 JUL 06 10:08USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDWARD DAVIS | CV 07-6352-PK |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $7,499.00 for attorney fees to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney at PO Box 98, Summertown, TN. 38483.

It is so ORDERED

Dated this _6_ day of JULY, 2009

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES